Name & Address:
BILAL A. ESSAYLI, First Assistant United States Attorney
IAN V. YANNIELLO (Cal. Bar No. 265481)
AMANDA B. ELBOGEN (Cal. Bar No. 332505)
DANIEL H. WEINER (Cal. Bar No. 329025)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, **PLAINTIFF** v. DANTE GAFFIELD **DEFENDANT.** | CASE NUMBER 2:25-mj-7759-3 NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142) |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☑ is approved. The matter is set on calendar for hearing before:

☑ District Judge  Mark C. Scarsi

☐ Magistrate Judge _____

on  December 19, 2025  at  10:00  ☑ a.m. ☐ p.m.

in courtroom  7C .

☐ is not approved.

☐ Other: _____

An interpreter is  ☐ required  ☑ is not required.  Language _____
Defendant is  ☑ in custody  ☐ not in custody.

Clerk, U. S. District Court

_____  _____  _____
Date                    Deputy Clerk            Contact Phone Number

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☐ Probation  ☐ Interpreter's Office  ☐ PSA.

---

NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF
RELEASE OR DETENTION, (18 U.S.C. §3142)
CR-88A (10/09)